**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Robert Reish, et al., | No. CV-20-00555-PHX-DLR |
| Appellants, | **ORDER** |
| v. |  |
| Phoenix Heliparts Incorporated, et al., |  |
| Appellees. |  |

    Before the Court is Appellants' motion to withdraw the reference, which is fully briefed. (Docs. 2, 7, 8.) Appellants have not shown cause for the Court to withdraw the reference to the bankruptcy court in order to conduct its own proceedings to determine the value of 41FF. The bankruptcy court had jurisdiction to enter a final decision as to the value of 41FF and it did so. Displeased with the bankruptcy court's valuation, Appellants would like a second bite at the apple. In seeking to withdraw the reference, they attempt to collaterally attack the bankruptcy court's determination. Even if withdrawal of the reference were procedurally proper, conducting an evidentiary hearing anew would not be an efficient use of judicial resources and would create undue delay and impose significant costs on the parties. The Court will therefore deny Appellants' motion. The Court will also deny Appellees' request for fees without prejudice but will permit them to reassert their request in a manner that complies with LRCiv. 54.2. Accordingly,

//

**IT IS ORDERED** that Appellants' motion to withdraw the reference (Doc. 2) is **DENIED**. The Clerk of the Court is directed to terminate this matter.

Dated this 9th day of April, 2020.

_____
Douglas L. Rayes
United States District Judge