# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Reish, et al., <br><br> Appellants, <br><br> v. <br><br> Phoenix Heliparts Incorporated, et al., <br><br> Appellees. | No. CV-20-00555-PHX-DLR <br><br> **ORDER** |

The Court has reviewed the parties' Stipulation Regarding Reish Payment of Attorneys' Fees to Resolve the Phoenix Heliparts, Inc. Liquidation Trust's Motion for Award of Attorneys' Fees and Related Non-Taxable Expenses. (Doc. 14.) For good cause shown,

**IT IS ORDERED** directing Appellants to pay attorneys' fees in the amount of $3,000.00 directly to counsel for the Phoenix Heliparts Inc. Liquidation Trust, and by this Order, fully resolving the Phoenix Heliparts, Inc. Liquidation Trust's Motion for Award of Attorneys' Fees and Related Non-Taxable Expenses.

Dated this 18th day of May, 2020.

Douglas L. Rayes
United States District Judge